FORM TO BE USED BY A PRISONER IN FILING A CIVIL RIGHTS COMPLAINT

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

(1) JOSEPH SVIRBLEY (#EZ-3781)
(Name of Plaintiff)   (Inmate Number)
SCI Coal Twp., 1 Kelley Dr.,
Coal Township, PA 17866-1021
(Address)

(2) _____
(Name of Plaintiff)   (Inmate Number)

_____
(Address)

(Each named party must be numbered,
and all names must be printed or typed)

vs.

(1) THOMAS McGINLEY, Supt., et al.,

(2) JOHN DOE (CO-I) (Unknown), et al.,

(3) _____
(Names of Defendants)

(Each named party must be numbered,
and all names must be printed or typed)

1:17cv2292
(Case Number)

CIVIL COMPLAINT

FILED
SCRANTON

DEC 1 3 2017

PER _____
DEPUTY CLERK

TO BE FILED UNDER: __X__ 42 U.S.C. § 1983 - STATE OFFICIALS

_____ 28 U.S.C. § 1331 - FEDERAL OFFICIALS

I. PREVIOUS LAWSUITS

A. If you have filed any other lawsuits in federal court while a prisoner, please list the caption and case number including year, as well as the name of the judicial officer to whom it was assigned:

I have filed no other lawsuits as stated, above.

1

## II. EXHAUSTION OF ADMINISTRATIVE REMEDIES

In order to proceed in federal court, you must fully exhaust any available administrative remedies as to each ground on which you request action.

A. Is there a prisoner grievance procedure available at your present institution? __X__ Yes ____ No

B. Have you fully exhausted your available administrative remedies regarding each of your present claims? __X__ Yes ____ No

C. If your answer to "B" is Yes:

1. What steps did you take? __Filed initial grievance, and both appeals.__

2. What was the result? __Denial upheld on final review.__

D. If your answer to "B" is No, explain why not: __Not applicable (N/A).__

## III. DEFENDANTS

(1) Name of first defendant: __Thomas McGinley__

Employed as __Superintendent__ at __SCI Coal Township__
Mailing address: __1 Kelley Drive, Coal Township, PA 17866-1021.__

(2) Name of second defendant: __John Doe__
Employed as __Corrections Officer__ at __SCI Coal Township__
Mailing address: __1 Kelley Drive, Coal Township, PA 17866-1021.__

(3) Name of third defendant: ____
Employed as ____ at ____
Mailing address: ____

(List any additional defendants, their employment, and addresses on extra sheets if necessary)

## IV. STATEMENT OF CLAIM

(State here as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach no more than three extra sheets if necessary.)

1. I am an LGBTQ (queer) inmate who likes to have sexual relations with other (gay-for-the-stay) inmates who are "well endowed" and who pay me in tobacco and coffee.

2. On 9/6/2017, Officer DOE did harass me when he did question me about my

2

|   | |
|---|---|
|   | allegedly having let another inmate penetrate my butt. I then did admit that I did discuss the matter with the other inmate while we were both alone in the yard bathroom, however, the other inmate refused to pay me because he said he heard I was loose back there, which is a lie. I denied that anything occurred at that time. |
| 3. | At that time, Officer DOE did threaten me with misconduct for my being in the yard bathroom with another inmate, and I told him that there is no rule or law against it. After checking prison policies and rules, Officer DOE agreed with me that there is no rule against it, butt did further threaten me by telling me I should "watch my back." |
| 4. | I had to take it in trade, $20 worth, with another jailhouse informant to help me with this complaint. |
| 5. | As result of Officer DOE's harassment, I am sore, emotional, and ongoing mentally disturbed. |

## V. RELIEF

(State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.)

1. I seek the defendant's fired, and lots of money.

2. 

3. 

3

I declare under penalty of perjury that the foregoing is true and correct.

Signed this __10th__ day of __December__, 20_17_.

(Signature of Plaintiff)
Joseph Svirbley
#EZ-3781
SCI Coal Twp.
1 Kelley Dr.
Coal Township, PA 17866-1021

Joseph Svirbley
#EZ-3781
SCI Coal Township
1 Kelley Dr.
Coal Township, PA 17866

RECEIVED
SCRANTON
DEC 13 2017
PER _____ DEPUTY CLERK

Office Of The Clerk
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNA.
W.J. Nealon Fed.Bldg. & US Cths.
235 North Washington Avenue
P.O. Box 1148
Scranton, PA 18501-1148

#1 Of 2.
Doc. #1